# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iqbal Mohammad Muktadir,<br>　　　　　　Petitioner,<br>v.<br>Michael J. Donahue,<br>　　　　　　Respondent. | No. CV-15-02009-PHX-ROS<br>**ORDER** |

On March 30, 2015, Petitioner was ordered removed to Bangladesh. (Doc. 13 at 2). The Department of Homeland Security continued to detain Petitioner while it made the arrangements for his removal. (*Id*. at 2-3). On October 7, 2015, Petitioner filed a Petition for habeas relief under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing he had been detained more than six months beyond his removal date and his removal was not significantly likely to occur in the foreseeable future. (Doc, 1).

On February 1, 2016, Magistrate Judge Bridget S. Bade issued a Report and Recommendation recommending the petition for writ of habeas corpus be denied. (Doc. 13). Petitioner did not file any objections but, on March 21, 2016, the Government informed the Court that Petitioner had been removed on February 22, 2016. (Doc. 14-1). Thus, the petition was now moot.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is REJECTED

because Petitioner has been removed.

**IT IS FURTHER ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT**.  The Clerk shall close this case.

Dated this 30th day of March, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge